No. 74–5323. FLINT *v.* MULLEN, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 74–5353. SANDER *v.* OHIO. C. A. 6th Cir. Certiorari denied.

No. 73–5354. COLLIER *v.* COWAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 73–2025. JUNIOR CHAMBER OF COMMERCE OF ROCHESTER, INC., ET AL. *v.* UNITED STATES JAYCEES ET AL.; and
No. 73–2028. JUNIOR CHAMBER OF COMMERCE OF PHILADELPHIA ET AL. *v.* UNITED STATES JAYCEES ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 495 F. 2d 883.

No. 74–187. FIRST AMERICAN BANK & TRUST CO. ET AL. *v.* ELLWEIN, STATE EXAMINER AND COMMISSIONER, DEPARTMENT OF BANKING AND FINANCIAL INSTITUTIONS, ET AL. Sup. Ct. N. D. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5049. DANIELS *v.* ALABAMA. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5056. TRUDEAU *v.* MICHIGAN. Ct. App. Mich. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5149. NEW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5167. WILLIAMS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.